UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLA DUNBAR,

    Plaintiff,

v.      Case No: 8:19-cv-715-T-36TGW

SYMMETRY MANAGEMENT CORP.,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court on Plaintiff's Motion for Class Certification and Incorporated Memorandum of Law filed on October 8, 2019 (Doc. 21). Defendant has failed to file a timely response to the motion. Accordingly, Defendant is hereby directed to respond to Plaintiff's Motion for Class Certification **on or before January 14, 2020**. Failure to respond within the time permitted will result in the Court considering the motion as unopposed.

**DONE AND ORDERED** in Tampa, Florida on December 31, 2019.

Charlene Edwards Honeywell
United States District Judge

**Copies to**:
Counsel of Record and Unrepresented Parties, if any