UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

ELLA DUNBAR, on behalf of herself
and all others similarly situated,

    Plaintiff,

vs .                                                CASE NO. 8:19-cv-000715-CEH-TGW

SYMMETRY MANAGEMENT CORP. d/b/a
BCC FINANCIAL MANAGEMENT
SERVICES, INC.

    Defendants.
_____/

## NOTICE OF SCHEDULING MEDIATION CONFERENCE

PLEASE TAKE NOTICE that in accordance with this Court's ENDORSED ORDER (Doc. 25) granting Defendant's Unopposed Motion for Extension of Time to Conduct Mediation Conference and to Reschedule Mediation Conference, dated January 8, 2020, mediation has been rescheduled in the above-referenced matter as follows:

Mediation is scheduled to commence on Wednesday, February 26, 2020, at 9:00 a.m. at the office of Michael Musetta & Associates, 201 N. Franklin St., Tampa, FL 33602.

Respectfully submitted this 14th day of January 2020, by:

                                          /s/   Bennett C. Lofaro
                                      **Bennett C. Lofaro, Esq.**
                                      Florida Bar No. 37129
                                      blofaro@boydlawgroup.com
                                      servicetpa@boydlawgrou.com
                                      Boyd Richards Parker & Colonnelli, P.L.
                                      400 North Ashley Drive
                                      Suite 1150
                                      Tampa, Florida 33602

Tel: (813) 223-6021
Fax: (813) 223-6024
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing documents are being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Bennett C. Lofaro, Esq.
**Bennett C. Lofaro, Esq.**

## SERVICE LIST

James S. Giardina, Esq.
Kimberly H. Wochholz, Esq.
The Consumer Rights Law Group, PLLC
3104 West Waters Avenue
Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
james@consumerrightslawgroup.com
kim@consumerrightslawgroup.com
Attorney for Plaintiff

James R. Betts, Esq.
710 S. Boulevard
Tampa, FL 33606
Telephone: (813) 254-3302
Facsimile: (813) 254-5322
JBetts@tampabay.rr.com
Mediator